IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:07cr39TSL-JCS

THOMAS ALEXANDER KELLY

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 4 and 5 of the Criminal Indictment against THOMAS ALEXANDER KELLY without prejudice.

DUNN LAMPTON
United States Attorney

By: s/Sandra G. Moses

Date: September 13, 2007

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal of Counts 4 and 5.

ORDERED this 13th day of September, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE